AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>██████████ Via Buccal Swab for the Purpose of DNA<br>Sample Collection | )<br>)<br>)<br>)<br>)<br>) |

Case No. 3:22-MJ- 861 (TOF)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

██████████

located in the _____ District of _____Connecticut_____ , there is now concealed *(identify the person or describe the property to be seized)*:

DNA sample to be collected via buccal swab. I seek authorization for two swabs.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1201 (kidnapping resulting in death and attempted kidnapping) | |
| 18 U.S.C. § 924(c) (causing death through the use of a firearm; premeditated and felony murder) | |

The application is based on these facts:

See attached affidavit of FBI Task Force Officer Dennis DeMatteo, incorporated by reference.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Dennis DeMatteo*

Digitally signed by Dennis DeMatteo
Date: 2022.09.19 11:33:32 -04'00'

*Applicant's signature*

FBI Task Force Officer Dennis DeMatteo

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date: ____09/19/2022____

*Thomas O. Farrish*    Date: 2022.09.19 13:05:14 -04'00'

*Judge's signature*

City and state: Hartford, Connecticut

Hon. Thomas O. Farrish, USMJ

*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In the Matter of the Search of ███████ Via Buccal Swab for the Purpose of DNA Sample Collection | Case No. 3:22-MJ- 861 (TOF) **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

1.     I, Dennis DeMatteo, being duly sworn, hereby depose and say as follows:

2.     I am a sworn member of the Hartford Police Department and currently assigned to the Major Crimes Division. I have approximately 14 years of police training and experience while working as a Detective. I am currently tasked with the investigations of homicides, serious assaults and untimely deaths. I have also been duly deputized as a Special Deputy United States Marshal and am currently assigned to the Federal Bureau of Investigation (FBI) as a Task Force Officer. As a law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 3061, I am empowered by federal law to conduct investigations and to make arrests for offenses enumerated in Titles 18 and 21 of the United States Code, and other federal offenses. My experience includes the execution of search warrants, including warrants for the collection of DNA samples.

3.     This affidavit is made in support of search warrants for two buccal DNA swab samples from ███████████

4.     The information supplied in this affidavit is based in part upon an investigation into this matter carried out by me and officers and detectives of the Hartford Police Department, and other law enforcement agents. Because this affidavit is being submitted for the limited purpose of securing a search warrant for two buccal DNA swab samples, I have not included each and every fact known to me concerning this investigation.

## THE FEBRUARY 16, 2012 MURDER OF SERAFIN VELEZ , AKA "PING"

5.      On February 16, 2012, at 12:12 a.m., Hartford Police Department units responded to the area of Waverly Street for a person lying in the street. Upon the officers arrival, they observed an AMR ambulance crew in the street next to an unresponsive Hispanic male in the roadway. This Hispanic male (later identified as Serafin Velez, aka "Ping" (b. 1984) appeared to have suffered multiple gunshot wounds to the head. Several spent shell casings and projectiles were located and seized within the immediate area of the victim Velez. In addition, the victim's clothing and other items were collected at the autopsy.

6.      Detectives spoke with family members of the victim Velez during the course of the investigation. The family advised that on the night of his death, Velez was going to make a large marijuana deal. He was acting as a liaison between a marijuana dealer(s) from New York and marijuana buyers from Hartford. His family members stated that Velez left their home on February 15, 2012 at approximately 1:00 p.m. and met with his close friends. The family was aware of the fact that these friends had intimate knowledge of the fact that this marijuana transaction was to take place. The family provided Velez's cellular phone number as 860-502-4965, as well as information about Velez's friends.

7.      Detectives were able to speak with one or more of Velez's friends. In substance one friend stated s/he dropped Velez off at a store located at Main and Kensington Street in Hartford at approximately 6:00 p.m. The person Velez was to meet in the store was Melvin Perry (b. 1983). Perry's cellular phone number at the time was 860-368-1458.

8.      The information provided by Velez's family and friends is generally consistent with a five-page statement taken from Perry, a/k/a "Mann," by HPD Detectives in May of 2013 and incorporated below:

I am giving this statement of my own free will and without any threat or promise being made to me. I am allowing Detective DeMatteo to type this statement while I tell him what had happened the day my friend Ping was killed. I am currently in prison at Niantic Annex in Niantic CT. I have been read a Rights Waiver Form which I read, understood and signed. I am willing to give this statement to clear my name in this homicide.

I have known Serafin Velez, Ping, since I was in High School. Ping and I used to chill back in the day but then I had kids and a family and we just went our separate ways. I then started selling a little bit of weed with my cousins (The ███████████ It was a family business. We made a good living selling weed.

Sometime in February of 2012 Ping showed up at my cousin's store on Main Street. ████████████ and one of ██████ friend['s] ████ was at the store when Ping pulled up. I was outside and we started talking. We smoked a couple of blunts and started bullshitting. We chilled out for about two hours and caught up. It was probably about seven years since I've seen Ping so we had a lot to bullshit about. After that Ping left.

A couple days later Ping called me. My cell phone number was (860) 368-1458. Ping told me he wanted to meet up. I met up with him at my house on ████ ██████████ in Manchester, Connecticut. Ping was driving a white Honda. Ping and I started talking and Ping told me he met someone who had a good price on weed. Ping said these guys were from New York. Ping [k]new my cousins had money and asked if they would make the deal. Ping said if he made a big deal with the New Yorkers they would give him two pounds of weed for it. I told them I would ask my cousins.

I talked to █████ and told them what Ping had said. The original price was 3200 a pound and we talked him down to 2800 a pound. █████ knew Ping too so we decided to take care of him. I told Ping I wanted to make a smaller deal to try the product.

The next day Ping and I drove to a Brooklyn Mall to meet up with the New York connect. We parked and I stayed in [a] restaurant inside of the mall. Ping walked off to meet the New Yorkers. I gave Ping 6 thousand dollars to make this deal. I was supposed to pick up 2 1/2 pounds of weed. Ping was supposed to get the half if everything went right. Ping came back ten minutes later with a black grocery bag. We drove back to my house. I tried the weed and it was good product.

That same day I told █████ about the deal. █████ was 50 50 about making a big deal on it. We talked it over and came up with a few investors to make a large buy. A guy I know as Melquan [sic] was one of the investors. I have known Melquan for about eight months before this deal. Melquan happened to roll up at the right time when █████ and I were talking about the deal. Melquan said he wanted in. There was a total of five investors at that point. It was me, ██████

3

Melquan, NY [Jeff Antoine] and another cousin of mine who just gave us the money but was never around for the deal. NY happened to be around at the right time too for this deal. I have known NY for about eight months. NY is a young black male. He's short, and has short hair. He used to drive around in a beat up black Maxima.

So the deal was for a total of 38,000 dollars for 14 or 15 pounds of weed. I told Ping and he set up a meeting with the New Yorkers. I told Ping we wanted the New Yorkers to come to Hartford to make the deal. The New Yorkers picked out the West Farms Mall to meet. I told Ping that I would go with him.

This deal was set up about a week and a half later. Ping was dropped of[f] at my cousins['] Main Street store. I met Ping there. My boy from Bridgeport came by and gave us a ride. My boy wasn't part of the deal. He just gave us a ride. Ping and I got into Bridgeport's car. It was a burgandy [sic] Chrysler four door. ▆▆▆ and Melquan got into Melquan's Chevy Malibu. NY was there but stayed at the store. ▆▆▆ and Melquan followed us. We then drove to the West Farms Mall. Ping made a phone call and when we got to the mall. Ping was wearing a baseball hat. We all walked into the mall together. We met up on the second floor. We met the New Yorkers on the second floor and for some reason ▆▆▆ wasn't feeling the deal. The New Yorkers were Hispanics. ▆▆▆ didn't want to go through with it. Ping ended up walking away with one of the New Yorkers and I stayed to talk to ▆▆▆ Melquan walked away with another one of the New Yorkers to check the work. (this means check the weed to make sure it was all there). I talked ▆▆▆ back into the deal. Melquan came back into the mall and told me and ▆▆▆ that the work was good. ▆▆▆ ended up going back to the car with Melquan. I met up with Ping a few minutes later and drove him back. My boy Bridgeport brought me and Ping back to Hartford. We ended up driving to Earle Street. The New Yorkers got into a white Mercedes and followed ▆▆▆ to his house on Earle Street.

When we got to ▆▆▆ house me and ▆▆▆ counted the money out and made sure it was all there. It was 38,000 dollars. It was in a black grocery bag. We didn't feel comfortable doing the deal on Earle Street so we decided to move it to the store on Main Street. We all drove back to my cousin's store.

When we got to the store Ping asked the New Yorkers to come into the store. They didn't want to and that's when ▆▆▆ felt like backing out of the deal again. I told ▆▆▆ that Mel looked at the work and said it was all good. ▆▆▆ told me to wait in the store. I chilled in the doorway and ▆▆▆ asked to see the work. ▆▆▆ asked to pop the trunk of the Mercedes Benz. The New Yorkers popped the trunk. At first I didn't pay it any mind but the brand new Mercedes

didn't have a light in the trunk. ███ saw that there was a big garbage bag in the trunk and assumed that it was the work. ███ didn't open it.[1]

███ and the New Yorkers walked over to the New York Chicken store next door. ███ handed the New Yorkers the money and the New Yorkers handed ███ the garbage bag. ███ walked into the store with the bag and said it felt light. ███ told me to make sure the New Yorkers don't go anywhere until he checks the work. I turned around to go outside and that's when I saw the Mercedes peel off. ███ opened up the bag and saw that the bag was filled with small pound bags of insulation. ███ didn't say anything at first. ███ was a little drunk but after seeing the bag he sobered up. ███ looked at me then looked at Melquan. No one said anything at first. Ping walked up to me and he was holding his cut of what he was supposed to get. Ping opened up the bag and it was two pounds of the same insulation. Ping said that this is what they gave me.

Melquan knew that the deal was on him cuz he was the one that checked the weed and said it was straight. Melquan left the store and came back about five minutes later. Melquan was holding a silver pistol in his hand but was pointing it down. We were all carrying guns so he wasn't gonna point it at any of us. Melquan then walked up to me and asked if I had anything to do with it. I told him come on man, it wasn't even my deal. Melquan then went to Ping and he started asking him questions. Melquan asked Ping where the money was at. Melquan told Ping that he better get his money back. Ping tried to call the New Yorkers but nobody picked up. Melquan kept asking Ping how he was gonna get his money back. Ping told him that he knew people who sell dope and he would get the money back. At this point ███ was pissed off too. ███ said that he felt like he got played and wanted to fight Ping. ███ was standing behind the counter. NY was standing in the store too but didn't say anything. This is when Melquan had enough and told Ping to walk. Melquan had the pistol out but wasn't pointing it at him. NY walked out with them. Ping asked me if Melquan was gonna kill him and I told him "no they aint gonna kill you but we trusted you." That was the last thing I said to Ping. That was the last time I saw Ping. Melquan and NY walked Ping out through the back door. This all took place sometime between 8:00 and 10 or 10:30 P.M. I'm not exactly sure what time it was when Melquan took Ping outside but I was on the phone with my girl at the time. My girl's number was close to mine. You would have to check the records.

I knew why Melquan was so pissed off over losing the money. It was because he had taken his brother's money to make that deal.

The next day I saw on the news that Ping was killed. I was sitting on my couch at my house when I saw it. I knew then that Melquan had killed him. I showed up at the store and saw ███ ███ said Melquan fucked up. ███ said

---

[1] This is inconsistent with the testimony of ███████████████████████████████
████████████████████████████████████████████████████████████

he saw the news and asked if I was alright. ███ knew I was close to Ping. I told him I was straight.

I thought it was fucked up because if anyone it should have been Melquan cuz he was the one that should be blamed for the deal.

That same day I saw Melquan and he asked me if I was alright. I told him I was good. Melquan asked me if I needed anything to let me know. ███ was in the store and told me that I had to get that money back. Like it was my fault the deal went bad. ███ came to me later on and pulled me to the side. ███ said Melquan told him that he (Melquan) killed Ping. I know that ███ is afraid of Melquan.

Detective Pia read a Witness Instruction form to me which I read, understood and signed. Detective Pia then showed me eight separate pictures. I looked at each picture one at a time. I stopped at picture number 5. The person in picture number 5 is the person I know as Melquan. He was the one in the store who had the gun out and walked out with Ping. I am one hundred percent sure. I then signed the picture.

Detective DeMatteo then asked me a bunch of questions. Detective DeMatteo asked me if I had anything to do with Ping's homicide. I told the Detective that I had nothing to do with it.

The Detective asked me if I was on Waverly Street by the cemetery when Ping was killed. I told the Detective that I wasn't anywhere near that area. After Ping left we went to the Cleveland Cafe until my wife picked me up. I went home to my house in Manchester before the bar closed.

The Detective asked me if I was in Melquan's silver car that night when Ping was killed. I told the Detective that I was never in Melquan's car that night or any other night.

I did own a 9mm pistol. It was a black High Point with a built in compressor. The gun didn't work so I got rid of it. I had this gun well after Ping was killed. The gun I was carrying that night was a 357 revolver.

Ping was my boy and I would never do something like that. To me losing money was just a business deal and I can make that money back. I didn't want to see Ping die for the deal. And honestly I didn't think it was Ping's fault.

9.    Melvin Perry was murdered on September 1, 2013, a few months after giving this statement to Hartford Police. The murder remains unsolved.

10.    Investigators were able to confirm Perry and Velez (Ping) did in fact go to the West Farms Mall earlier in the evening on the night Velez was murdered. In particular, a review

6

was conducted of the February 15, 2012 surveillance video from the Taco Bell at West Farms

Mall where Serafin Velez met with the New York subject in furtherance of the proposed

marijuana deal. The Taco Bell video depicts Serafin Velez meeting with the New York subjects

at approximately 8:41 p.m. Velez, who made a purchase at the Taco Bell counter, is observed to

be wearing a dark colored, heavy winter jacket with a fur lined hood and white lettering on the

left breast. A review of the crime scene photographs of the body of Serafin Velez outside

Waverly Park, Hartford, CT, taken during the early morning hours of February 16, 2012,

determined Velez was wearing what appeared to be the same dark colored, heavy winter jacket

he was wearing at the West Farms Mall Taco Bell. The crime scene photos show the deceased

Velez wearing a dark colored, heavy winter jacket with a fur lined hood and white lettering on

the left breast.

11.







For at least a year or longer Jeff and Melquan would check up on me at least





12.

## <u>DNA ANALYSIS</u>

13.     In May of 2018, the victim Velez's clothing was sent for DNA analysis at the Connecticut Department of Public Safety, Division of Scientific Services, Forensic Science Lab-DNA Database Unit, and human DNA was detected on the clothing. In particular, examiners detected at least three contributors from a swabbing taken from the damaged left pocket of the victim's winter coat. In addition, the examination revealed a mixture of two male contributors to the swab taken from the damaged area of the right front pocket of the victim's sweatpants, and three contributors from the swabbing taken from the outside waistband and hip area of the sweatpants. Finally, a fingernail clipping from the victim's left hand showed a mixture of two males and a right fingernail clipping a mixture of two people with at least one being a male.

14.     The lab requested "known samples" from possible suspects to compare to the DNA found on the victim's clothing.

15.     On December 18, 2018, U.S. Magistrate Judge Robert A. Richardson issued a search warrant authorizing the collection of DNA samples from several subjects of this investigation, including ▮▮▮▮▮▮. However, on January 2, 2019, FBI Special Agent Lisa Tutty returned the ▮▮▮▮▮ warrant certifying that investigators had been unable to locate ▮▮▮▮▮ as of January 1, 2019.

11

16.     Since that time, investigators have learned of ███████████ present location.

17.     Based upon the foregoing, there is probable cause to believe, and I do believe, that, obtaining buccal swabbing samples from the inside of ███████████ mouth for Serology and Deoxyribonucleic Acid analysis may provide evidence of violations of 18 U.S.C. § 1201 (kidnapping resulting in death and attempted kidnapping) and 18 U.S.C. § 924(c) (causing death through the use of a firearm; premeditated and felony murder).

## AUTHORIZATION REQUEST

18.     Based on the foregoing, I request search warrants authorizing the collection of DNA samples from ███████████ by buccal swab. This method involves taking a sterile swab (like a Q-Tip) and gently scrubbing the inside right cheek, then the inside left cheek, for approximately five to ten seconds. Two samples from this individual are requested in the event that one of the samples becomes contaminated or otherwise cannot be tested. The seized samples will be submitted to the lab and will be subject to examination, testing, and analysis, and will be compared to the DNA material obtained from the crime scene.

Respectfully submitted,

Dennis
DeMatteo

Digitally signed by Dennis
DeMatteo
Date: 2022.09.19 11:32:23 -04'00'

Task Force Officer Dennis DeMatteo
Federal Bureau of Investigation

Sworn and subscribed to before me by telephone
on September 19 , 2022, in Hartford, Connecticut.

Date: 2022.09.19
13:05:33 -04'00'

HON. THOMAS O. FARRISH
UNITED STATES MAGISTRATE JUDGE